UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hutchinson, et. al.,
Plaintiffs,

v.

Civil No. 00-1929 (MJD/JGL)

Nutro Products, Inc.,

Defendant.

Hutchinson, et. al.,
Plaintiffs,

v.

Civil No. 00-2119 (DSD/JMM)

PetsMart, Inc., et. al.

Defendants.

Case number 00-1929 having been assigned to Judge Michael J. Davis and case number 00-2119 having later been assigned to Judge David S. Doty, and said matters being related cases,

IT IS HEREBY ORDERED that case number 00-2119 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 10/28/00

JUDGE DAVID S. DOTY
United States District Court

Dated: 10-24-00

JUDGE MICHAEL J. DAVIS
United States District Court

OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Pursuant to an Order of Direction for Reassignment of Related Case, this case is reassigned to Judge Michael J. Davis and Magistrate Judge Jonathan G. Lebedoff.

NEW CASE NUMBER 00-2119 MJD/JGL

Use this case number for all further filings.