THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Thomas Hutchinson and TMC Stores, Inc.,

Plaintiffs,

vs.

Nutro Products, Inc.,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

Court File No. 00-1929
[MJD/JGL]

---

Thomas Hutchinson and TMC Stores, Inc.

Plaintiffs,

vs.

Petsmart Inc., and Petco Animal Supplies,

Defendants.

Court File No. 00-2119
[DSD/JMM]

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that the above-entitled action may be, and the same hereby is, dismissed with prejudice and without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that any party, without notice to another, may cause judgment of dismissal with prejudice to be entered herein.

Dated: 2-4-02

Paul V. Kieffer (244326)
KIEFFER & ASSOCIATES, LLC
Suite 600
3989 Central Avenue NE
Columbia Heights, Minnesota 55421
(763) 531-9868
*Attorneys for Plaintiffs*

MAR 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Nell E. Mathews (16852X)
Patrick D. Robben (284166)
Attorneys for Defendant Nutro Products, Inc.; Petsmart, Inc.; and Petco Animal Supplies, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: 1/29, 2002

Dated: 2/25/02

______________________
Gary W. Hoch (45597)
MEAGHER & GEER, PLLP
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
612-338-0661
*Attorneys for Counter-Defendant Hutchinson*

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1. That the above-entitled action is hereby dismissed with prejudice and on the merits without cost to any of the parties hereto;

2. That the Court herein retains jurisdiction over this matter to enforce the parties' settlement agreement as necessary.

**BY THE COURT:**

Dated: 3-6-02

______________________
Michael J. Davis
U.S. District Court Judge

749061-1